| | |
|---|---|
| Annette W. Jarvis (1649) | John F. Young (Pro Hac Vice – Docket 1844) |
| Steven T. Waterman (4164) | Steven R. Rider (Pro Hac Vice – Docket 2023) |
| DORSEY & WHITNEY, LLP | Jennifer Salisbury (Pro Hac Vice – Docket 2612) |
| 136 S. Main Street, Suite 1000 | MARKUS WILLIAMS |
| Salt Lake City, UT 84101-1601 | YOUNG & ZIMMERMANN LLC |
| T: 801-933-7365 | 1700 Lincoln Street, Suite 4000 |
| F: 801-933-7373 | Denver, Colorado 80203 |
| Email: ajarvis@dorsey.com | Telephone: (303) 830-0800 |
| Email: waterman.steven@dorsey.com | Facsimile: (303) 830-0809 |
| | Email: jyoung@MarkusWilliams.com |
| Attorneys for Plaintiffs | Email: srider@MarkusWilliams.com |
| James T. Markus Chapter 11 Trustee | Email: jsalisbury@MarkusWilliams.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>GENEVA STEEL LLC,<br><br>GENEVA STEEL HOLDINGS CORP<br>IRON ORE MINES, LLC, and<br>WILLIAMS FARM, LLC<br><br>    Debtors. | Chapter 11<br>Jointly Administered Case No. 02-21455 (GEC)<br>Case No. 02-35385<br>Case No. 02-35386<br>Case No. 02-35387 |
| JAMES T. MARKUS, Chapter 11 Trustee of GENEVA STEEL, LLC, GENEVA STEEL HOLDINGS CORP., IRON ORE MINES, LLC, and WILLIAMS FARM, LLC<br><br>    Plaintiffs,<br>v.<br>ALBERT FRIED & CO.,<br>LLC, a New York Limited Liability Company, and<br>STEELMAN, INC., a Delaware corporation,<br><br>    Defendants. | **Adversary Proceeding No. 05-2578** |

**STIPULATED MOTION FOR ENTRY OF JUDGMENT AND ORDER OF DISMISSAL**

James T. Markus (the "Trustee"), as the chapter 11 trustee of the Geneva Steel LLC,

Williams Farm LLC, Geneva Steel Holdings Corp., and Iron Ore Mines LLC (the "Debtors"),

1

and as Liquidating Trustee for the Geneva Liquidating Trust, Holdings Liquidating Trust, Iron Ore Liquidating Trust and Williams Farm Liquidating Trust (the "Liquidating Trusts"); and Albert Fried & Co. ("AFCo"), Steelman, Inc. ("Steelman"), and Albert Fried, Jr. ("Fried") (hereafter collectively all the "Parties") respectfully request that the Court enter final judgment in this case pursuant to the Settlement Agreement filed in the administrative cases as set forth below (the "Settlement Agreement").

In support of this motion, the Parties state as follows:

(a)　The Settlement Agreement has been executed by the Trustee, AFCo, Fried, Steelman, Steelman Realty, LLC ("Realty"), and Vineyard Management Co. ("Vineyard").

(b)　On February 22, 2010, the Trustee filed a Motion to Approve the Fried Settlement Agreement in the administrative cases, namely, Geneva Steel LLC, Jointly Administered Case No. 02-21455 (including Case Nos. 02-35385, 02-35386, and 02-35387).

(c)　Pursuant to the Settlement Agreement the parties have agreed to the disposition of this Adversary in accordance with the terms of the Settlement Agreement.

(d)　A hearing was held on March 10, 2010 on the Motion to Approve Settlement.

(e)　The Court entered an Order approving the Settlement Agreement, docket no. 3561, in the administrative cases on March 29, 2010.

(f)　The parties agreed pursuant to the Settlement Agreement that within five (5) days following the Trustee's Payment, the Trustee, AFCo, Fried and Steelman would agree to file this motion requesting dismissal of the Adversary with prejudice of all pending and undecided claims, counterclaims, and defenses against one another (except as stated below) and

2

with each party to bear its own fees and costs, including but not limited to attorney fees; provided however, that the September 15, 2005 Order, the January 22, 2010 Order and the May 14, 2008 Equitable Tolling Order shall become final and non-appealable judgments, orders and decrees.

      Accordingly, the Parties agree that the Court should enter a final order decreeing that:

      (i)    all claims, counterclaims, claims for relief, or causes of action of Fried, AFCo and Steelman against all other parties shall be dismissed with prejudice.

      (ii)    all claims, claims for relief, or causes of action of Trustee against Fried, AFCo and Steelman shall be dismissed with prejudice, except for those portions of the thirteenth, seventeenth, and eighteenth claims for relief that were ruled upon in the Court's January 22, 2010 Order.

      (iii)    Each party shall bear all their own costs, court costs, and attorney fees.

      WHEREFORE, the parties respectfully request that the Court enter an order approving this Motion in that form of order attached hereto as Exhibit A.

      RESPECTFULLY submitted this 2nd day of April, 2010.

      DORSEY & WHITNEY

      *s/ Steven T. Waterman*
      Steven T. Waterman (4164)
      DORSEY & WHITNEY
      136 South Main Street #1000
      Salt Lake City, Utah 84101
      Telephone: (801)933-7360
      Facsimile: (801)933-7373
      waterman.steven@dorsey.com

      and

      John F. Young, Esq.

MARKUS WILLIAMS YOUNG & ZIMMERMANN, LLC
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203-4505
Telephone: (303) 830-0800
Facsimile: (303) 830-0809

*Attorneys for Trustee*

STOEL RIVES LLP

/s/ Mark E. Hindley
David J. Jordan
Mark E. Hindley
201 South Main Street, Ste. 1100
Salt Lake City, Utah 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Albert Fried & Co., Steelman, Inc., and Albert Fried, Jr.*

# EXHIBIT A

Annette W. Jarvis (1649)
Steven T. Waterman (4164)
DORSEY & WHITNEY, LLP
136 S. Main Street, Suite 1000
Salt Lake City, UT  84101-1601
T: 801-933-7365
F: 801-933-7373
Email: ajarvis@dorsey.com
Email: waterman.steven@dorsey.com

John F. Young (Pro Hac Vice – Docket 1844)
Steven R. Rider (Pro Hac Vice – Docket 2023)
MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
Email: jyoung@bmwllc.com
Email: srider@bmwllc.com

Attorneys for Plaintiffs
James T. Markus Chapter 11 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>GENEVA STEEL LLC,<br>GENEVA STEEL HOLDINGS CORP<br>IRON ORE MINES LLC, and<br>WILLIAMS FARM LLC<br><br>    Debtors. | Chapter 11<br>Jointly Administered Case No. 02-21455 (GEC)<br>Case No. 02-35385<br>Case No. 02-35386<br>Case No. 02-35387 |
| JAMES T. MARKUS, Chapter 11 Trustee of<br>GENEVA STEEL, LLC, GENEVA STEEL HOLDINGS<br>CORP., IRON ORE MINES LLC,<br>and WILLIAMS FARM LLC<br><br>    Plaintiffs,<br>v.<br><br>ALBERT FRIED, JR., ALBERT FRIED & CO.,<br>LLC, a New York Limited Liability Company,<br>STEELMAN, INC., a Delaware corporation,<br><br>    **Defendants.** | Adversary Proceeding No. 05-2578 |

# FINAL JUDGMENT AND ORDER OF DISMISSAL

1

THIS MATTER, came before the Court on the Motion of James T. Markus, the chapter 11 trustee of the Geneva Steel LLC, Williams Farm LLC, Geneva Steel Holdings Corp. and Iron Ore Mines LLC and as Liquidating Trustee for the Geneva Liquidating Trust, Holdings Liquidating Trust, Iron Ore Liquidating Trust and Williams Farm Liquidating Trust by and Albert Fried & Co. ("AFCo"), Albert Fried, Jr. ("Fried"), Steelman, Inc. ("Steelman") to enter final judgment in this matter. The Court, having reviewed the Motion and being fully advised in this matter, enters the following JUDGMENTS, ORDERS, and DECREES:

1. The Order dated September 16, 2005 (dkt.no. 53, in the bankruptcy case of Williams Farm LLC, case no. 02-35387), the Order dated January 22, 2010 (dkt.no. 449 in Adv.Pro.No. 05-2578), and the Equitable Tolling Order dated May 14, 2008 (dkt.no. 269 in Adv.Pro.No. 05-2578) are final judgments, orders and decrees;

2. Pursuant to Fed. R. Civ. Proc. 70 any title of AFCo or Steelman in the Williams Farm Property is hereby divested and title to the Williams Farm Property is hereby vested in the Williams Farm Liquidating Trust as successor in interest to Williams Farm LLC and the Williams Farm Liquidating Trust as successor in interest to Williams Farm LLC shall be deemed to have full and complete fee title absolute in the Williams Farm Property;

3. The Transfer of the Williams Farm Property by both the Option Agreement, recorded May 15, 2001, as entry no. 47131:2001, and the Special Warranty Deed, recorded May 23, 2002, as entry no. 59501:2002, both with the Recorder of Utah County, Utah,

2

are null and void and of no effect, and neither AFCo or Steelman or any successor of AFCo or Steelman has any right, title or interest in and to the Williams Farm Property;

4. This Court shall retain jurisdiction to enforce the provisions of the Orders entered herein and its Order dated September 16, 2005 (dkt.no. 53, in the bankruptcy case of Williams Farm LLC, case no. 02-35387), the Order dated January 22, 2010 (dkt.no. 449 in Adv.Pro.No. 05-2578), and the Equitable Tolling Order dated May 14, 2008 (dkt.no. 269 in Adv.Pro.No. 05-2578);

5. All claims, counterclaims, claims for relief, or causes of action of Fried, AFCo and Steelman against all parties, including but not limited to the Trustee and the Debtors are dismissed with prejudice;

6. All claims, claims for relief, or causes of action of Trustee against Fried, AFCo and Steelman are dismissed with prejudice, except for those portions of the thirteenth, seventeenth, and eighteenth claims for relief that were ruled upon in the Court's Order dated January 22, 2010 (dkt.no. 449 in Adv.Pro.No. 05-2578), which constitutes the final order and judgment on those portions of those claims;

7. This judgment and order is effective as of September 19, 2005, the date of the recordation of the Notice of Lis Pendens, entry no. 105329:2005, filed with the Recorder of Utah County, Utah.

8. The releases as provided for in the Settlement Agreement between the parties are approved by this Court;

3

      9.      Each party shall bear all its own costs, court costs, and attorney fees.

_____End of Order_____

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2010, I caused a true and correct copy of the foregoing **FINAL JUDGMENT AND ORDER OF DISMISSAL** to be served by ECF, to the following:

Danny C. Kelly
David J. Jordan
Mark E. Hindley
Stoel Rives LLP
One Utah Center
201 South Main Street, Suite 1100
Salt Lake City, UT 84111

/s/ Steven T. Waterman

5